# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BILLINGS DIVISION

**FILED**

JUN 1 8 2013

Clerk, U.S. District Court
District Of Montana
Helena



UNITED STATES OF AMERICA,

Plaintiff,

vs.

THOMAS MICHAEL SHUMATE,

Defendant.

No. CR-13-03-BLG-SEH

ACCEPTANCE OF PLEA OF
GUILTY, ADJUDICATION OF
GUILT AND NOTICE OF
SENTENCING

In accordance with the Findings and Recommendations of the United States

Magistrate Judge Carolyn S. Ostby, to which there has been no objection, and

subject to this Court's consideration of the Plea Agreement under Fed. R. Crim. P.

11(c)(3), the plea of guilty of the Defendant to Count I of the Indictment is hereby

accepted. The Defendant is adjudged guilty of such count. All parties shall

appear before this Court for sentencing as directed.

IT IS SO ORDERED this ___ day of June, 2013.

SAM E. HADDON
United States District Judge